```
 1  Robert R. Pohls (California Bar #131021)
    Jason G. Gong (California Bar #181298)
 2  POHLS & ASSOCIATES
    12657 Alcosta Boulevard, Suite 150
 3  San Ramon, California  94583
    Telephone:  (925) 973-0300
 4  Facsimile:  (925) 973-0330

 5  Attorneys for Defendants
    Reliance Standard Life Insurance Company
 6  and Matrix Absence Management, Inc.

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9

10  RAYMOND ESQUIVEL,              Case No. CV-06-05205-SC

11         Plaintiff,              STIPULATION AND ORDER RE ENTRY
                                   OF JUDGMENT OF DISMISSAL WITH
12      vs.                        PREJUDICE

13  RELIANCE STANDARD LIFE INSURANCE
    COMPANY; MATRIX ABSENCE
14  MANAGEMENT, INC.; and DOES 1 to 25,

15         Defendants.

16
```

17       IT IS HEREBY STIPULATED between plaintiff Raymond Esquivel ("Plaintiff") and
18  Defendants Reliance Standard Life Insurance Company ("Reliance Standard") and Matrix
19  Absence Management, Inc. ("Matrix"), by and through their respective attorneys of record
20  herein, that the Court enter a Judgment of Dismissal with prejudice herein and that, upon the
21  entry of that Judgment of Dismissal with prejudice, each party will bear its own attorneys' fees
22  and costs herein.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1 | IT IS SO STIPULATED

3 | DATED: 3-20, 2007

MATTHEW NEWMAN & ASSOCIATES

By: _____
Matthew T. Newman
Attorney for Plaintiff Ramon Esquivel

9 | DATED: March 14, 2007

POHLS & ASSOCIATES

By: _____
Robert R. Pohls
Jason G. Gong
Attorneys for Defendants
**Reliance Standard Life Insurance Company** and **Matrix Absence Management, Inc.**

## ORDER

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: 4/16, 2007

_____
Samuel [Conti]
United [States District Judge, Northern District of California]

*IT IS SO ORDERED — Judge Samuel Conti*

STIPULATION AND ORDER RE ENTRY OF
JUDGMENT OF DISMISSAL WITH PREJUDICE
Case No. CV-06-05205-SC